UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | | |
|---|---|---|
| Richard Maldonado, | ) | Case No.: 6:10-cv-01207-AA |
| Plaintiff, | ) | |
| vs. | ) | ORDER TO DISMISS PLAINTIFF'S COMPLAINT |
| Michael J. Astrue Commissioner, Social Security Administration | ) | |
| Defendant. | ) | |

After considering the Plaintiff's Motion to Dismiss Complaint, it is hereby:

ORDERED that the Complaint is Dismissed.

IT IS So ORDERED this 7th day of July, 2011.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

_____
George J. Wall, OSB No. 934515
Telephone: (503)236-0068
Fax: (503)236-0028

Page 1 — ORDER